United States District Court
Southern District of Texas
**ENTERED**
May 23, 2016
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| FRANK BATES, *et al*, | § § § | |
| Plaintiffs, | § | |
| VS. | § | CIVIL ACTION NO. 2:12-CV-00387 |
| | § § | |
| RICHARD N LAMINACK, *et al*, | § § | |
| Defendants. | § | |

# FINAL JUDGMENT

Pursuant to the Court's Order of Dismissal (D.E. 135) and Plaintiffs' Notices regarding dismissals and nonsuits (D.E. 138, 141), the Court enters final judgment dismissing this action with prejudice.

ORDERED this 23rd day of May, 2016.

_____
NELVA GONZALES RAMOS
UNITED STATES DISTRICT JUDGE